IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

ABDI HASHI,

    Petitioner,

- vs -

BRIAN COOK, Warden,
    Southeast Correctional Institution,

    Respondent.

Case No. 2:21-cv-2772

Chief Judge Algenon L. Marbley
Magistrate Judge Michael R. Merz

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendation of the United States Magistrate Judge (ECF No. 19), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed thereto and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Supplemental Report and Recommendation.

Accordingly, the Petition is **DISMISSED** with prejudice. Petitioner is **DENIED** any requested certificate of appealability, and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: March 9, 2022